David S. Pultz et al., Appellants, v Catherine Economakis et al., Respondents.

Submitted January 14, 2008; decided February 7, 2008

Motion by City-wide Task Force on Housing Court et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of the Estate of Anthony S. Sadowski, Jr., Deceased. Michele Lippa Gartner, Respondent; Joseph A.F. Sadowski, Appellant.

Submitted December 24, 2007; decided February 7, 2008

Motion for reargument of motion for leave to appeal denied [see 9 NY3d 987 (2007)].

Miguel Sumba, Plaintiff, v Clermont Park Associates, LLC, Defendant and Third-Party Plaintiff-Appellant. Clermont Park Residence LLC, Third-Party Defendant-Respondent.

Submitted December 24, 2007; decided February 7, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.